
SLIP OPINION

Cite as 2017 Ark. 165

# SUPREME COURT OF ARKANSAS

**No.** CV–16–550

| | |
|---|---|
| | **Opinion Delivered:** May 4, 2017 |
| LITTLE ROCK POLICE DEPARTMENT <br> APPELLANT | APPEAL FROM THE PULASKI COUNTY CIRCUIT COURT [NO. 60CV-15-2246] |
| V. | |
| CHRISTOPHER PHILLIPS <br> APPELLEE | HONORABLE MORGAN E. WELCH, JUDGE <br><br> <u>TRANSFERRED TO THE COURT OF APPEALS</u>. |

**SHAWN A. WOMACK, Associate Justice**

The Little Rock Police Department appeals from an order entered on March 4, 2016, in the Circuit Court of Pulaski County setting aside the demotion of Christopher Phillips. The appellant's only argument is that there is insufficient evidence to support the order setting aside the demotion. The appellant invoked our jurisdiction pursuant to Ark. Code Ann. § 14-51-308(e)(2)(A) (Repl. 2013). In our recent decision in *Bales v. City of Fort Smith*, 2017 Ark. ___, we stated that civil service appeals pursuant to section 14-51-308 shall be filed in the court of appeals unless there is another basis for our jurisdiction. Since there is no other basis for our jurisdiction, we transfer this case to the court of appeals pursuant to Ark. Sup. Ct. R. 1-2(d).

Transferred to the court of appeals.

*Sherri Latimer*, Office of the City Attorney, for appellant.

*Robert A. Newcomb*, for appellee.